LODGED OCT 13 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

FILED NOV 18 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED NOV 18 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:

GERALDINE WEBBER,

　　　　Debtor.

NO. LA10-49613-ER

ORDER OF DISMISSAL

　　Based on the Stipulation to Dismiss Involuntary Bankruptcy filed by the petitioning creditors, Jeffrey Gold, Steven Reitzen, Warren Cosgrave, and debtor, Geraldine Webber, and good cause appearing therefore, IT IS HEREBY ORDERED that the captioned involuntary bankruptcy proceeding is dismissed and that the petitioning creditors and debtor shall each bear their own costs and attorney's fees, if any.

Dated: ~~October 7, 2010~~
11/18/10

_[signature]_

ORDER OF DISMISSAL

fg